WILLIAM Y. GLADNEY, DEFENDANT IN ERROR, v. PENN-
SYLVANIA   RAILROAD   COMPANY,   PLAINTIFF   IN
ERROR.

Argued November 27, 1906—Decided June 17, 1907.

On error to the Camden Circuit Court.

For the plaintiff in error, *Thomas L. Gaskill.*

For the defendant in error, *John W. Wescott.*

PER CURIAM.

This is an action for personal injuries arising out of the
same accident which was the foundation of the suit of Piver
against the same company, and decided by this court at the
present term.

For the reasons expressed in our opinion in that case, the
judgment brought up for review by the present writ of error
must be reversed.

GARRISON, J. (concurring).   This case is similar to the
case of Piver, decided at this term.   On the authority of that
case I vote to reverse in this case.

Judge Vroom votes to reverse upon the same grounds.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, GARRI-
SON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCH-
ARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL,
J.J.   15.